# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD WAGNER,**

      Plaintiff,

  v.                                    Civil Action 2:16-cv-84
                                          Judge Algenon L. Marbley
**AMERICAN LIFE INSURANCE**           Magistrate Judge Jolson
**COMPANY,**

      Defendant.

## ORDER

      Plaintiff, Richard Wagner, has filed an Unopposed Motion for an Order allowing counsel for both parties access to the sealed administrative record filed in this case. (Doc. 29) (citing Docs. 13, 19). For good caused shown, the Motion is **GRANTED**. Consequently, the Clerk is directed to allow counsel for both parties access to the sealed administrative record in this case.

      IT IS SO ORDERED.

Date: October 10, 2017                           /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE